UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES ARTHUR RUSSELL,

    Plaintiff,

v.                                           Case No. 6:22-cv-1505-RBD-EJK

PASTOR WILL, C. RAMSEY,
RICHARD COMFORT and ANDY
WALSH,

    Defendants.
_____/

## ORDER

On September 12, 2022, the Court ordered Plaintiff to either pay the filing fee or file a fully completed Prisoner Consent Form and Financial Certificate ("Prisoner Consent Form") and to file an Amended Complaint within twenty-one days from the date of the Order. (Doc. 4.) Further, the Court notified Plaintiff that the failure to do so within this time would result in the dismissal of the action without further notice. (*Id.*) Plaintiff has failed to pay the filing fee, file a Prisoner Consent Form, or file an Amended Complaint as ordered.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice. Plaintiff should be aware that the dismissal without prejudice does not toll any applicable

statutory limitation for bringing his claim(s).

2. The Clerk of the Court is directed to dismiss this case without prejudice and close the case.[1]

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2022.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:

Unrepresented Party

---

[1] If Plaintiff chooses to pursue a civil rights action by initiating a new case, he should not include this case number on his complaint because this case will be closed. Instead, the Clerk of Court will assign a new case number if Plaintiff files a civil rights complaint.